UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

DOLORES LOFTUS,

    Plaintiff,

v.                                                                                     Case No. 2:21-cv-261-JES-NPM

THE SCHOOL BOARD OF LEE
COUNTY, FLORIDA,

    Defendant.

---

**ORDER**

Before the court is defendant LCSB's motion to compel a mental examination. (Doc. 19). Plaintiff Dolores Loftus alleges LCSB failed to accommodate her mental-health conditions and exacerbated these conditions when it took adverse employment action against her. (Doc. 1). Therefore, Loftus's mental-health conditions are "in controversy" and there is "good cause" for the examination. Fed. R. Civ. P. 35(a). Accordingly, LCSB's motion (Doc. 19) is **GRANTED**.

- 2 -

On March 11, 2022, at 1:00 pm, Loftus will be examined by Dr. Ouauo at 2180 Immokalee Road, Suite 3500, Naples, Florida. The evaluation will include a psychological interview and standardized psychological testing, which will take approximately four hours. Pursuant to Rule 35(b), LCSB will promptly provide a copy of Dr. Ouaou's report to Loftus.

**ORDERED** on March 9, 2022.

_____
NICHOLAS P. MIZELL
UNITED STATES MAGISTRATE JUDGE