UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

| | |
|---|---|
| **DOLORES LOFTUS**, an individual,<br><br>Plaintiff,<br><br>v.<br><br>**THE SCHOOL BOARD OF LEE COUNTY, FLORIDA**, a political subdivision of the State of Florida,<br><br>Defendant. | CIVIL ACTION<br><br>Case No. 2:21-cv-261<br><br>Judge: John E. Steele<br><br>Mag. Judge: Nicholas P. Mizell |

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

The Parties, by and through counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate to the voluntary dismissal of this action with prejudice, with each party to bear their own costs.

[SIGNATURES TO FOLLOW]

Respectfully submitted,

| The Plaintiff, | The Defendant, |
| By her attorney, | By its attorney, |

| **/s/Benjamin H. Yormak, Esq.** | /s/  Richard B. Akin, II, Esq. |
| Benjamin H. Yormak, Esq. | Richard B. Akin, II, Esq. |
| Yormak Employment & Disability Law | HENDERSON, FRANKLIN, |
| 27200 Riverview Center Blvd., Ste. 109 | STARNES & HOLT, P.A. |
| Bonita Springs, FL  34134 | Post Office Box 280 |
| Telephone: 239-985-9691 | Fort Myers, FL   33902-0280 |
| Facsimile:  239-288-2534 | Telephone: 239-344-1182 |
| Email: byormak@yormaklaw.com | Email: richard.akin@henlaw.com |
| Florida Bar No.: 71272 | Florida Bar No. 068112 |
| Counsel for Plaintiff | Counsel for Defendant |